AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHELLE MELLEMA,

    Plaintiff,

V.

SHAUN CAREY, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00366-RCJ-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

  November 4, 2009                  **LANCE S. WILSON**
                                                                      Clerk

                                                                                                                                                                                              \_\_D. R. Morgan\_\_
                                                                                                Deputy Clerk